Name, address & telephone number
of attorney or party without attorney.

Attorney(s) for Plaintiff(s)

ELIZABETH A BLEIER, Esq. Bar No. 81470
RICHARD E. GOLDEN, Esq. Bar No. 102079
BLEIER & COX
16130 Ventura Boulevard, Suite 620
Encino, CA 91436

Telephone No.: 818-784-8100

**FILED**

**NOV 1 7 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

          Plaintiff,

vs.

AARON MERRIWEATHER,

          Defendants.

CASE NO.   C-02-04777RMW

~~REQUEST AND~~ ORDER FOR SERVICE OF
PROCESS BY REGISTERED PROCESS
SERVER

[Rule 4(c), Fed. R. Civ. P.; Local Rules
19.2 and 193]

[No Hearing Required]

Plaintiff, DIRECTV, INC. pursuant to the provisions of Rule 4(c) of
the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the
Local Rules of Practice of the United States District Court for the
NORTHERN District of California, requests that ROTTNER ATTORNEY
SERVICE who is at least 18 years of age, of suitable discretion and
not a party to the within action, be authorized and appointed to serve
the writs in the above case. The U.S. Marshals Office will remain the
Levying Officer.

IT IS SO ORDERED:

**NOV 1 7 2005**
_____
Date

_Ronald M. Whyte_
_____
Judge